IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00830-MSK-MJW

U.S. SECURITIES AND EXCHANGE COMMISSION,

       Petitioner,

- v. -

SHEA SILVA,

       Respondent.

---

**ORDER GRANTING MOTION TO AMEND ORDER TO SHOW CAUSE**

---

       **THIS MATTER** comes before the Court pursuant to the Petitioner's Motion to Amend Order to Show Cause and Postpone Hearing Date **(# 6)**.

       The Motion is **GRANTED**. That portion of the Court's June 15, 2005 Order to Show Cause **(# 5)** which directed the Respondent to appear on June 21, 2005 at 4:00 p.m. is **VACATED AND MODIFIED** such that the Respondent shall instead appear and show cause on **Tuesday, August 30, 2005** at **8:00 a.m.** in Courtroom A-901, Arraj Federal Courthouse, 901 19th St., Denver, Colorado. The Petitioner shall effectuate proper service of the Court's original Order to Show Cause, the Motion to Amend Order to Show Cause, and this Order on the Respondent on or before July 20, 2005.

       Dated this 21st day of June, 2005.

       **BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge