IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00830-MSK-MJW
U.S. SECURITIES AND EXCHANGE COMMISSION,

      Petitioner,

v.

SHEA SILVA,

      Respondent.

_____

**ORDER REQUIRING RESPONDENT TO OBEY SEC SUBPOENA**
_____

The SEC has sought the aid of this Court to enforce an administrative subpoena that requires Shea Silva to appear and testify under oath. Silva has been duly served with both the Order to Show Cause and the Order Granting Motion To Amend Order To Show Cause. Silva failed to appear at the August 30, 2005, hearing on this matter.

IT IS HEREBY ORDERED that Shea Silva appear and testify at the SEC's offices in Los

Angeles, California, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036 at 9:00 a.m., October 17, 2005.

DATED this 1st day of September, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge